UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

v.     CASE ACTION NO: 3:25-CV-220-GNS

*Electronically filed*

ONE HUNDRED SEVENTY THOUSAND
EIGHT HUNDRED THIRTY-FIVE DOLLARS ($170,835.00)
IN UNITED STATES CURRENCY; AND
REAL PROPERTY LOCATED AT
2411 OMAHA LANE, LOUISVILLE, KENTUCKY.     DEFENDANTS

**VERIFIED COMPLAINT**
**FOR FORFEITURE IN REM**

The United States of America, by counsel, Michael A. Bennett, United States Attorney for the Western District of Kentucky, and Amy M. Sullivan, Assistant United States Attorney, brings this complaint and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: One Hundred Seventy Thousand Eight Hundred Thirty-Five Dollars in United States Currency ($170,835.00) and Real Property located at 2411 Omaha Lane, Louisville, Kentucky.

**JURISDICTION AND VENUE**

2. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property under 21 U.S.C. § 881(a)(6) and (7). This Court has jurisdiction over forfeiture actions commenced by the United States pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a).

3. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests that the Clerk issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b) for the defendant currency (not the defendant real property), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

4. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the defendant property was found in the Western District of Kentucky and because the acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

5. The defendants are: One Hundred Seventy Thousand Eight Hundred Thirty-Five Dollars in United States Currency ($170,835.00) and Real Property located at 2411 Omaha Lane, Louisville, Kentucky. Officers with the St. Matthews Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") executed a search warrant and seized the defendant currency at the residence of Andrew Foreman (2411 Omaha Lane, Louisville, Kentucky) on or about November 26, 2024. ATF began administrative forfeiture proceedings against the currency, during which Andrew Foreman filed the only claim (received by ATF on or about January 21, 2025). The defendant currency is currently in the custody of the United States Marshals Service.

6. The defendant real property is located at 2411 Omaha Lane, Louisville, Kentucky (more particularly described in Attachment B). The defendant real property has not been seized, but it is located within the jurisdiction of the Court. The United States does not request authority from the Court to seize the real property defendant at this time. The United States will, as provided by 18 U.S.C. § 985(b)(1) and (c)(l):

    a.    post notice of this action and a copy of the Complaint on the defendant real property;

    b.    serve notice of this action on the defendant real property owner, and any other person or entity who may claim an interest in the defendant. along with a copy of this Complaint;

    c.    execute a Writ of Entry for purposes of conducting an inspection and inventory of the property; and

    d.    file a lis pendens in county records of the defendant real property as a defendant in this in rem action.

The United States may also, as provided in 19 U.S.C. § 1606, appraise the defendant real property when it executes the Writ of Entry.

## THE LAW

7. The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes: a) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substance Act (21 U.S.C. § 841(a)(1));  b) proceeds traceable to such an exchange; and c) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act.

8. The defendant real property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7) because it constitutes real property which is used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of the Controlled Substances Act.

## SUMMARY OF RELEVANT FACTS

9. The facts and circumstances supporting the seizure and forfeiture of the defendant property are set forth in the affidavit of ATF Special Agent Scott A. Curry, which is attached hereto as Attachment A, and incorporated in its entirety herein by reference.

## CLAIM FOR RELIEF

10. The defendant currency is money furnished or intended to be furnished in exchange for a controlled substance (or traceable thereto) and/or represents money used or intended to be used to facilitate a violation of the Controlled Substance Act. The defendant real property was used or intended to be used to commit or facilitate a violation of the Controlled Substance Act. Consequently, the defendant property is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6) and (7).

WHEREFORE, the plaintiff respectfully requests:

a. that the Clerk issue a warrant for the arrest and seizure of the defendant currency. The United States is not requesting to seize the real property at this time;

b. that notice of this action be given to all persons known or thought to have an interest in or right against the property;

c. that the defendant property be forfeited and condemned to the United States of America;

d. that the plaintiff be awarded its costs and disbursements in this action; and

e. for such other and further relief as this Court deems proper and just.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/*Amy M. Sullivan*
AMY M. SULLIVAN
Assistant U.S. Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
amy.sullivan@usdoj.gov

## VERIFICATION

I, Scott A. Curry, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have read the foregoing Verified Complaint for Forfeiture *In Rem* (including the affidavit attached as Attachment A) and under penalty of perjury, hereby assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement agents.

SCOTT CURRY
Digitally signed by SCOTT CURRY
Date: 2025.04.17 15:09:28 -04'00'

**Scott A. Curry, ATF Special Agent**