UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA,

        PLAINTIFF,

v.

ONE HUNDRED SEVENTY THOUSAND
EIGHT HUNDRED THIRTY-FIVE DOLLARS
($170,835.00) IN UNITED STATES
CURRENCY; AND REAL PROPERTY
LOCATED AT 2411 OMAHA LANE,
LOUISVILLE, KENTUCKY,

        DEFENDANTS.

CASE ACTION NO.
3:25-CV-00220-GNS

## DECLARATION FOR RETURN OF PROPERTY

I, Andrew Foreman, received a Notice of Forfeiture Action along with a Verified

Complaint for Forfeiture in REM (DN 1) of the following property: One Hundred Seventy

Thousand Eight Hundred Thirty-Five Dollars ($170,835.00) in United States Currency; and Real

Property located at 2411 Omaha Lane, Louisville, Kentucky (hereinafter referred to as

"Property"). The Notice and Complaint was sent via Federal Express to my attorney Brian Butler.

My attorney advised that he received the Complaint on April 24, 2025.

The Property is my personal Property and I contest the forfeiture of One Hundred Seventy

Thousand Eight Hundred Thirty-Five Dollars ($170,835.00) in United States Currency; and Real

Property located at 2411 Omaha Lane, Louisville, Kentucky.

Signed under the penalty of perjury.

4-29-2025
DATE

ANDREW FOREMAN

103904:230000:10096354:v1